# MISCELLANEOUS SUPREME COURT DISPOSITION

## CERTIFIED QUESTIONS, CERTIFIED APPEALS, MANDAMUS PROCEEDINGS, AND OTHER MATTERS

### April 26, 2024

Brown, Terri Lee v. Kotek (S071034). The petition for writ of habeas corpus allowed.